**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

THOMAS HUGHES,
    Petitioner,

vs.                                        Case No. 3:07cv483/MCR/EMT

WALTER A. McNEIL,
    Respondent.
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated June 26, 2008 (Doc. 21).  The parties have been furnished a copy of the report and recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of any timely filed objections.

    Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.  Respondent's motion to dismiss (Doc. 8) is **GRANTED**.

    3.  The petition for writ of habeas corpus (Doc. 1) is **DISMISSED with prejudice** as untimely.

    **DONE AND ORDERED** this 1st day of December, 2008.

                                              s/ *M. Casey Rodgers*
                                              **M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**