**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

THOMAS HUBERT HUGHES,

    Petitioner,

vs.                                            Case No: 3:07cv483/MCR/EMT

WALTER A. McNEIL,

    Respondent.
_____/

**O R D E R**

    This cause is before the court on Petitioner's notice of appeal, construed as a motion for certificate of appealability (Docs. 30, 31).[1]  Unless a certificate of appealability is issued, Petitioner may not take an appeal from the final order denying § 2254 relief.  *See* 28 U.S.C. § 2253(c)(1)(A); Fed. R. App. P. 22(b)(1).  Such a certificate may issue "only if the applicant has made a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253 (c)(2).

    After review of the file, the court concludes that because Petitioner has not made a substantial showing of the denial of a constitutional right, and for the reasons set forth in this court's order dated December 1, 2008 (Doc. 28) adopting and incorporating the Magistrate Judge's Report and Recommendation filed on June 26, 2008 (Doc. 21), a certificate of appealability will be denied.

    Accordingly, it is **ORDERED**:

    Petitioner's notice of appeal, construed as a motion for certificate of appealability,

---

[1] The Eleventh Circuit instructed in <u>Edwards v. United States</u>, 114 F.3d 1083 (11th Cir. 1997), that district courts must treat notices of appeal in Section 2254 actions as applications for certificates of appealability.

(Docs. 30, 31) is **DENIED** and no certificate shall issue.

DONE and ORDERED this 15th day of December, 2008.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**